Certificate Number: 05781-CAE-DE-041118058

Bankruptcy Case Number: 26-12258



05781-CAE-DE-041118058

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 21, 2026, at 11:48 o'clock AM PDT, Novjot Randhawa completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of California.

Date:    June 21, 2026            By:      /s/Allison M Geving

                                          Name:    Allison M Geving

                                          Title:    President